IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BNSF LOGISTICS, LLC**                                                                      PLAINTIFF

      **v.**          Civil No. 07-5225

**DEWAYNE PROVENCE, d/b/a
MCWHORTER DISTRIBUTION, INC.;
MCWHORTER DISTRIBUTION, INC.;
and CAMEL LOGISTICS**                                                                      DEFENDANTS

### O R D E R

Now on this 10th day of January, 2008, comes on for consideration the oral motion of defendants for an extension of time in which to respond to plaintiff's Complaint, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and defendants are allowed until January 14, 2008, to respond to the plaintiff's Complaint.

    **IT IS SO ORDERED.**

                                                   /s/ Jimm Larry Hendren
                                                  **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**