IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BNSF LOGISTICS, LLC**                                                                       PLAINTIFF

      **v.**           Civil No. 07-5225

**DEWAYNE PROVENCE, d/b/a
MCWHORTER DISTRIBUTION, INC.;
MCWHORTER DISTRIBUTION, INC.;
and CAMEL LOGISTICS**                                                                       DEFENDANTS

### O R D E R

    Now on this 14th day of February, 2008, comes on for consideration the **Motion To Dismiss** of separate defendant Dewayne Provence (document #10), to which plaintiff does not object, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and plaintiff's claims against separate defendant Dewayne Provence are hereby **dismissed without prejudice**.

    **IT IS SO ORDERED.**

                                                                  /s/ Jimm Larry Hendren
                                                             JIMM LARRY HENDREN
                                                             UNITED STATES DISTRICT JUDGE